In re REYNOLDS.

In re ELMWOOD AVE.

(Superior Court of Buffalo, General Term.    July 10, 1891.)

Appeal from special term.

Application by Amelia E. Reynolds for the appointment of commissioners to appraise the damages to her property, caused by the opening of Elmwood avenue.   From an order denying a stay of proceedings, the city appeals.

William F. Mackey, for appellant.

Daniel McIntosh and O. O. Cottel. for respondent.

No opinion. Order affirmed, on the opinion of BECKWITH, C. J.   21 N. Y. Supp. 592.